IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,                )
                                     )
      v.                              )      No.  09 C 5149
                                     )          (08 CR 543)
MARCUS TYMS,                          )
                                     )
            Defendant.                )

## MEMORANDUM ORDER

Marcus Tyms ("Tyms") has filed a self-prepared "Motion to Reconsider 28 U.S.C. 2255." As to the first paragraph of that motion, which charges that Tyms was deprived of constitutionally-effective counsel when he was represented by J. Clifford Greene, Esq. at the time he pleaded guilty, this Court orders that written responses be provided by attorney Greene and by the United States Attorney's Office on or before September 25, 2009. Tyms' second ground, which claims the absence of federal jurisdiction, is rejected as frivolous. Finally, Tyms' request for the appointment of counsel is deferred pending receipt of the previously-ordered responses to his motion.

_____
Milton I. Shadur
Senior United States District Judge

Date:  September 8, 2009